IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01035-ZLW

GENE ALLEN,

    Applicant,

v.

THE IMMIGRATION AND NATURALIZATION SERVICE,
D.D. MR. RONALD H. RUSSELL, The Examinor [sic] ID (den Ex MO2), and
THE ATTORNEY GENERAL OF THE UNITED STATE [sic] of AMERICA,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the Motion for Final Judgment filed with the Court on July 27, 2006. On July 14, 2006, the Application was denied and the action dismissed without prejudice. Therefore, the Motion is DENIED as moot.

Dated: July 28, 2006

Copies of this Minute Order mailed on July 28, 2006, to the following:

Gene Allen
Prisoner No. 76542
Lovelock Corr. Center
PO Box 359
Locklocc, NV 89419

                                         Secretary/Deputy Clerk